USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN SYPERT, on behalf of herself
and all others similarly situated,

    Plaintiffs,

-against-

CIPRIANI USA, INC.,

    Defendant.

Case No. 1:18-cv-06490-PAE

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
        October 31, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Jeffrey Weingart, Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 7th Fl.
New York, NY 10017
jpw@msf-law.com
*Attorney for Defendant*

11/29/18

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge